■ LEARNING ANNEX, INC., Appellant, et al., Plaintiffs, v JEROME S. BILLET, as Conservator of BRIAN WILSON, Respondent, et al., Defendant. [604 NYS2d 715] —Order, Supreme Court, New York County (Edward Greenfield, J.), entered January 7, 1993, unanimously affirmed for the reasons stated by Greenfield, J., without costs and without disbursements. No opinion. Concur—Wallach, J. P., Sullivan, Asch and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINTON DANIELS, Appellant. [604 NYS2d 715] —Application by assigned counsel to be relieved pursuant to *People v Saunders* (52 AD2d 833), on the ground that the appeal from the judgment, Supreme Court, New York County (Jerome Hornblass, J., at suppression hearing; Nicholas Figueroa, J., at trial and sentence), rendered November 16, 1990, convicting defendant, after a jury trial, of robbery in the first degree, robbery in the second degree and attempted robbery in the first degree, and sentencing him to three concurrent terms of 3 to 9 years, does not present any nonfrivolous issues, unanimously denied; *sua sponte,* counsel is relieved without compensation, and new counsel assigned to prosecute the appeal, which is to be heard before a new panel of this Court hearing appeals, when so perfected.

Assigned counsel has submitted a brief consisting of a lengthy narrative of facts of the suppression hearing and the trial, followed by a perfunctory one-page analysis concluding that there are no viable issues presented for appeal. The presentation is not a thorough examination of the record, and accordingly, upon the Court's own motion, assigned counsel is relieved without compensation, and new counsel is assigned for the appeal *(People v Lopez,* 158 AD2d 430). Concur—Wallach, J. P., Ross, Asch and Rubin, JJ. [The unpublished order of this Court entered on Oct. 26, 1993 is recalled and vacated.]